# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130943-4

CHARLENE BETH LEZELL,
　　　Plaintiff-Appellant,

v

HILLER, INC., and ORCHARD MALL, LLC,
　　　Defendants-Appellees.

SC: 130943-4
COA: 256415; 257384
Oakland CC: 2003-047347-NO

_____/

On order of the Court, the application for leave to appeal the January 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

Clerk

d0913